IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| T. U. PARKS CONSTRUCTION CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERESCO, INC., ) <br> ) <br> and ) <br> ) <br> THE SCHOOL BOARD OF PATRICK ) <br> COUNTY, VIRGINIA, ) <br> ) <br> Defendants. ) | CASE NO. 4:11-cv-00027 <br><br> JURY DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of its voluntary dismissal, without prejudice, of its claims against the School Board of Patrick County, Virginia.

Respectfully submitted this 20th day of July, 2011.

GENTRY LOCKE RAKES & MOORE, LLP

/s/ Travis J. Graham
Travis J. Graham (VSB No. 75818)
800 SunTrust Plaza
Roanoke, VA 24022-0013
Phone: (540) 983-9300
Facsimile: (540) 983-9400
E-Mail: graham@gentrylocke.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2011, I mailed a copy of the foregoing to W. Huntington Byrnes, Esq., CLEMENT & WHEATLEY, 549 Main Street, P.O. Box 8200, Danville, VA 24543-8200, counsel for Ameresco, Inc.; and to Stacy L. Haney, Esq., REED SMITH LLP, Riverfront Plaza – West Tower, 901 E. Byrd Street, Suite 1700, Richmond, VA 23219-4068, counsel for the School Board of Patrick County, Virginia.

_____

16604/1/5538070v1